AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

FILED

2017 FEB 14 AM 10 56

U.S. DISTRICT COURT NEW HAVEN, CT.

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

**The Search of Information Associated with FRANK_COLE8@YAHOO.COM [redacted]@YAHOO.COM, [redacted]@YAHOO.COM controlled by Yahoo!**

Case No. 3:17MJ 183 (SALM)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**The search of infomation associated with FRANK_COLE8@YAHOO.COM [redacted]@YAHOO.COM AND [redacted]@YAHOO.COM that are stored at premises controlled by Yahoo! Inc, as described in Attachment A.**

located in the ________ District of Connecticut, there is now concealed *(identify the person or describe the property to be seized)*:

**Evidence, fruits, and instrumentalities of violation of 18 U.S.C. §§ 1343 (wire fraud), 18 U.S.C. § 1349 (conspiracy to commit wire fraud), 18 U.S.C. § 1028A (aggravated identity theft), and 1030(a)(4) (fraud and related activity in connection with computers) as described in Attachment B of the Affidavit.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| **18 U.S.C. § 1343** | **Wire Fraud** |
| **18 U.S.C. § 1349** | **Conspiracy to Commit Wire Fraud** |
| **18 U.S.C. § 1028A** | **Aggravated Identity Theft** |
| **18 U.S.C. § 1030(a)(4)** | **Fraud & Related Activity in Connection with compute** |

The application is based on these facts:

**See Attached Affidavit of FBI Special Agent Jennifer A. Boyer, dated February 14, 2017.**

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: ___________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jennifer A. Boyer, FBI, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/14/2017

*Judge's signature*

City and state: New Haven, Connecticut

Honorable Sarah A.L. Merriam, U.S. Magistrate Judge

*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with **frank_cole8@yahoo.com,** [redacted]**@yahoo.com,** or [redacted]**@yahoo.com** that is stored at premises owned, maintained, controlled, or operated by Yahoo! Inc., a company headquartered at 701 First Avenue, Sunnyvale, California.

# ATTACHMENT B

## Particular Things to be Seized

### I. Information to be disclosed by Yahoo!, Inc. (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any e-mails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on December 8, 2016, and December 13, 2016, the Provider is required to disclose the following information to the government for each **Target Account** listed in Attachment A for the dates September 12, 2014, to the present:

a. The contents of all e-mails associated with each **Target Account**, including stored or preserved copies of e-mails sent to and from the **Target Account**, draft e-mails, the source and destination addresses associated with each e-mail (including but not limited to e-mail address and IP address), the date and time at which each e-mail was sent, and the size and length of each e-mail;

b. All records or other information regarding the identification of each **Target Account**, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which each **Target Account** was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. Any and all content of services utilized by each **Target Account**, including but not limited to chat, audio, or video communications, web history, calendar data, address books, contact or buddy lists, pictures, files, and location history.

d. All records pertaining to communications between the Provider and any person regarding each **Target Account**, including contacts with support services and records of actions taken; and

e. The identity and subscriber information of all accounts that share a browser cookie with each **Target Account**.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. § 1349 (conspiracy to commit wire fraud); 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1028A (aggravated identity theft); and 18 U.S.C. § 1030(a)(4) (fraud and related activity in connection with computers), those violations involving Adeyemi Odufuye, Stanley Hugochukwu Nwoke, [redacted], and John Doe(s) and occurring on or after September 12, 2014, to the present, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) All records that relate to violations of Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud); Title 18, United States Code, Sections 1343 (wire fraud); Title 18, United States Code, Sections 1028A (aggravated identity theft); and Title 18, United States Code, Section 1030(a)(4) (fraud and related activity in connection with computers);

(b) Evidence reflecting any attempts by the perpetrator(s) to target other potential victims of business e-mail compromise schemes;

(c) Evidence reflecting the identity, location, ownership, access, or use of any financial institution, money transfer company, digital payment platform (such as bitcoin or WebMoney), or account(s) thereof, utilized by the perpetrators in connection with violations of Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud); Title 18, United States Code, Sections 1343 (wire fraud); Title 18, United States Code, Sections 1028A (aggravated identity theft), and Title 18, United States Code, Section 1030(a)(4) (fraud and related activity in connection with computers);

(d) Evidence reflecting the identity and location of accountholders or beneficiaries who received payments or moneys from the perpetrator(s) in connection with violations of Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud); Title 18, United States Code, Sections 1343 (wire fraud); Title 18, United States Code, Sections 1028A (aggravated identity theft), and Title 18, United States Code, Section 1030(a)(4) (fraud and related activity in connection with computers);

(e) Evidence reflecting the use, flow, transfer, or dissipation of funds wired to the perpetrator(s) in connection with violations of Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud); Title 18, United States Code, Sections 1343 (wire fraud); Title 18, United States Code, Sections 1028A (aggravated identity theft), and Title 18, United States Code, Section 1030(a)(4) (fraud and related activity in connection with computers);

(f) Evidence indicating how and when each **Target Account** was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crimes under investigation and to the **Target Account** owner(s);

(g) The identity and location of the person(s) who created or used each **Target Account**, including records that help reveal the whereabouts of such person(s);

(h) The identity and location of the person(s) who communicated with each **Target Account** about matters relating to violations of Title 18, United States Code, Sections 1349 (conspiracy to commit wire fraud); Title 18, United States Code, Sections 1343 (wire fraud); Title 18, United States Code, Sections 1028A

(aggravated identity theft), and Title 18, United States Code, Section 1030(a)(4) (fraud and related activity in connection with computers), including records that help reveal their whereabouts; and

(i) Evidence indicating each **Target Account** owner's state of mind as it relates to the crimes under investigation.